UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARJAN INTERNATIONAL CORP.,

                Plaintiff,

– *against* –

SOHO CARPET GALLERY *and* SAIF HASSAN,

                Defendants.

**ORDER**

24 Civ. 8449 (ER)

Ramos, D.J.:

    This action was filed on November 6, 2024. Doc. 1. On February 6, 2025, the Court extended the time for Marjan International to serve Defendants with the summons and complaint to May 6, 2025. Doc. 9. Since then, there has been no further activity in this case.

    Marjan International is therefore instructed to submit a status report by no later than October 10, 2025. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:    October 3, 2025
              New York, New York

                                                                 EDGARDO RAMOS, U.S.D.J.