UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARJAN INTERNATIONAL CORP.,

Plaintiff,

v.                                                              **ORDER**

SOHO CARPET GALLERY *and* SAIF                24-cv-8449 (ER)
HASSAN,

Defendants.

RAMOS, D.J.

This action was initiated on November 6, 2024.  Doc. 1.  On February 6, 2025, the Court extended the time for Marjan International to serve Defendants to May 6, 2025.  Doc. 9.  On December 22, 2025, the Court granted Marjan International another extension of time to serve Defendants until January 8, 2026.  Doc. 12.  Since then, Marjan International has not filed an affidavit of service.

Marjan International is instructed to submit a status letter by **April 16, 2026**.  Failure to comply could result in the Court dismissing the case pursuant to Federal Rule of Civil Procedure 4(m).

It is SO ORDERED.

Dated:  April 9, 2026
        New York, New York

_____
Edgardo Ramos, U.S.D.J.