UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARJAN INTERNATIONAL CORP.,

Plaintiff,

v.

SOHO CARPET GALLERY *and* SAIF HASSAN,

Defendants.

**ORDER**

24 Civ. 8449 (ER)

RAMOS, D.J.

On November 6, 2024, Marjan International Corp. filed a complaint against Soho Carpet Gallery and Saif Hassan, alleging claims for breach of contract, conversion, and unjust enrichment. Doc. 1. Summonses were issued for both defendants on November 7, 2024. Docs. 6, 7. On February 5, 2025, Plaintiff requested a 90-day extension to serve the defendants until May 6, 2025, which the Court granted. Docs. 8, 9. After Plaintiff failed to file affidavits of service by that date, the Court directed Plaintiff to submit a status report by October 10, 2025 and warned that "[f]ailure to comply could result in the Court dismissing the case under Federal Rule of Civil Procedure 4(m)." Doc. 10. On October 10, 2025, Plaintiff filed a status report, requesting another 90-day extension due to difficulties in locating the defendants. Doc. 11. On December 22, 2025, the Court granted Plaintiff's request and extended its deadline to serve the defendants until January 8, 2026. Doc. 12. After Plaintiff failed to serve Defendants by that date, the Court issued another Order on April 9, 2026, directing Plaintiff to file a status report by April 16, 2026. Doc. 13. Plaintiff failed to file a status report by that date, and as of the date of this Order, Plaintiff has not filed affidavits of service and neither Defendant has appeared in the

action. For the reasons set forth below, the Court dismisses this case for failure to execute service under Federal Rule of Civil Procedure 4(m).

Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

Nearly two years have passed since Plaintiff filed the Complaint. Plaintiff has also failed to provide the Court with a status report, even when warned that failure to respond could result in dismissal under Rule 4(m). Accordingly, the Court dismisses Plaintiff's action without prejudice. The Clerk of Court is respectfully directed to terminate any pending motions and to close the case.

It is SO ORDERED.

Dated: October 21, 2026
New York, New York

Edgardo Ramos, U.S.D.J.